IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDELL RAY HURLEY,
     Plaintiff,

vs.                                    Case No.:  3:11cv317/LAC/CJK

SGT. WALKER, et al.,
     Defendants.

---

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983.  (Doc. 1)  Plaintiff failed to file a motion to proceed *in forma pauperis* and was given thirty (30) days in which to do so, or to pay the filing fee.  (Doc. 4)  Plaintiff filed a motion to proceed *in forma pauperis* (doc. 5), which was granted, and he was assessed a partial filing fee of $13.59, to be paid within thirty days. (Doc. 8) Plaintiff failed to pay the fee and soon thereafter filed a motion to dismiss and then, a motion to reopen case (docs. 12 & 15).  Having received no filing fee, the court issued a show cause order giving plaintiff fourteen (14) days to show cause why this case should not be dismissed for failure to comply with orders of the court.  (Doc. 17)  To date, plaintiff has still failed to pay the filing fee or explain his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

1.      That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

2.      That the clerk be directed to close the file.

DONE AND ORDERED this 28th day of March, 2012.


*/s/ Charles J. Kahn, Jr.*

CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE


NOTICE TO THE PARTIES


Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).